UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \*

| | | |
|---|---|---|
| GERALD LAQUA, | ) | CIV. NO. 14-407 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF VOLUNTARY |
| vs. | ) | DISMISSAL |
| | ) | |
| UNITED FINANCIAL CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \*

Plaintiff hereby voluntarily dismisses the above-referenced action with prejudice

DATED this 7th day of February, 2014.

OLINGER, LOVALD, MCCAHREN
& REIMERS, P.C.
117 East Capitol, P.O. Box 66
Pierre, South Dakota 57501-0066
605-224-8851 Phone
605-224-8269 Fax
kmccahren@aol.com

/s/ Lee C. "Kit" McCahren

BY: _____

LEE C. "KIT" MCCAHREN
Attorney for Plaintiff